1  Richard M. Heimann (Cal. Bar No. 063607)
   Joy A. Kruse (Cal. Bar No. 142799)
2  Bruce W. Leppla (Cal. Bar No. 071642)
   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
3  275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
4  Telephone: (415) 956-1000
   Facsimile: (415) 956-1008
5  Email:  rheimann@lchb.com
           jakruse@lchb.com
6          bleppla@lchb.com

7  Michael J. Miarmi
   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
8  250 Hudson Street, 8th Floor
   New York, NY 10013-1413
9  Telephone: (212) 355-9500
   Facsimile: (212) 355-9592
10 Email:  mmiarmi@lchb.com

11 *Attorneys for Plaintiffs*

12

13 **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
14 **SAN FRANCISCO DIVISION**

15

16 | BIOTECHNOLOGY VALUE FUND, L.P.; BIOTECHNOLOGY VALUE FUND II, L.P.; INVESTMENT 10, L.L.C.; BVF INVESTMENTS, L.L.C.; BVF INC.; and BVF X, LLC, | Case No.  CV-13-3248-DMR |
   |---|---|
   | | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
   | Plaintiff, | |
   | v. | |
   | CELERA CORPORATION; QUEST DIAGNOSTICS INCORPORATED; CREDIT SUISSE SECURITIES (USA) LLC; KATHY ORDOÑEZ; RICHARD H. AYERS; JEAN-LUC BÉLINGARD; WILLIAM G. GREEN; PETER BARTON HUTT; GAIL M. NAUGHTON; WAYNE I. ROE; and BENNETT M. SHAPIRO,, | |
   | Defendant. | |

27

28

1  CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUJDGE

2  In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned plaintiffs hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:  August 9, 2013          LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:_____*/s/ Joy A. Kruse*_____
                Joy A. Kruse

Richard M. Heimann (Cal. Bar No. 063607)
Joy A. Kruse (Cal. Bar No. 142799)
Bruce W. Leppla (Cal. Bar No. 071649)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email:  rheimann@lchb.com
        jakruse@lchb.com
        bleppla@lchb.com

Counsel for Plaintiffs Biotechnology Value Fund, L.P.; Biotechnology Value Fund II, L.P.; Investment 10, L.L.C.; BVF Investments, L.L.C.;  BVF INC.; and BVF X, LLC