UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOTECHNOLOGY VALUE FUND, L.P., et al. | No. C CV-13-3248-DMR |
| Plaintiff(s), | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| v. | |
| CELERA CORPORATION, et al. | |
| Defendant(s). | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 26, 2013            Signature _Stephen D Hibbard_

Counsel for Defendant Celera Corporation
(Plaintiff, Defendant, or indicate "pro se")