IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOTECHNOLOGY VALUE FUND, L.P., BIOTECHNOLOGY VALUE FUND II, L.P., INVESTMENT 10, L.L.C., BVF INVESTMENTS, L.L.C., BVF INC., and BVF X, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CELERA CORPORATION, QUEST DIAGNOSTICS INCORPORATED, CREDIT SUISSE SECURITIES (USA) LLC, KATHY ORDONEZ, RICHARD H. AYERS, JEAN-LUC BELINGARD, WILLIAM G. GREEN, PETER BARTON HUTT, GAIL M. NAUGHTON, WAYNE I. ROE, and BENNET M. SHAPIRO,<br><br>Defendants.<br>_____ / | No. C 13-03248 WHA<br><br>**ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT AND TO SET MODIFIED BRIEFING SCHEDULE FOR MOTIONS TO DISMISS** |

The parties stipulated to an extension of time for defendants to respond to the amended complaint (Dkt. No. 27). Under Local Rule 6-1(a), this is permissible without a court order. The parties, however, further agreed to a modified briefing schedule for defendants' motions to dismiss. Although the briefing schedule departs significantly from the normal 35-day track, the parties have not provided adequate justification for such departure. Accordingly, this briefing schedule is **DENIED.** Defendants will file the motions to dismiss on a normal 35-day track.

**IT IS SO ORDERED.**

Dated: October 7, 2013.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE