United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BIOTECHNOLOGY VALUE FUND, L.P.,
BIOTECHNOLOGY VALUE FUND II,
L.P., INVESTMENT 10, L.L.C., BVF
INVESTMENTS L.L.C., BVF INC., and
BVF X, LLC,

    Plaintiffs,

    v.

CELERA CORPORATION, QUEST
DIAGNOSTICS INCORPORATED,
CREDIT SUISSE SECURITIES (USA)
LLC, KATHY ORDOÑEZ; RICHARD H.
AYERS, JEAN-LUC BÉLINGARD,
WILLIAM G. GREEN, PETER BARTON
HUTT, GAIL M. NAUGHTON,
WAYNE I. ROE, and BENNETT M.
SHAPIRO,

    Defendants.
                               /

No. C 13-03248 WHA

**ORDER DENYING REQUEST TO PARTICIPATE BY TELEPHONE**

Attorney Michael J. Miarmi has submitted a request to participate by telephone at the October 31 case management conference (Dkt. No. 48). The courtroom telephone equipment is not conducive to conducting a case management conference over the telephone, so the request to participate by telephone at this conference is **DENIED.**

**IT IS SO ORDERED.**

Dated: October 28, 2013.

                                             WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE