IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOTECHNOLOGY VALUE FUND, L.P., BIOTECHNOLOGY VALUE FUND II, L.P., INVESTMENT 10, L.L.C., BVF INVESTMENTS, L.L.C.; BVF INC., and BVF X, LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>CELERA CORPORATION, QUEST DIAGNOSTICS INCORPORATED, CREDIT SUISSE SECURITIES (USA) LLC, KATHY ORDOÑEZ, RICHARD H. AYERS, JEAN-LUC BELINGARD, WILLIAM G. GREEN, PETER BARTON HUTT, GAIL M. NAUGHTON, WAYNE I. ROE, and BENNETT M. SHAPIRO,<br><br>    Defendants.<br>                                         / | No. C 13-03248 WHA<br><br>**NOTICE RE DEFENDANTS' DEADLINE TO FILE DECLARATION** |

In connection with plaintiffs' motion to seal (Dkt. No. 104), defendants should please note that they have until the end of today to file a declaration — as required by subsection 79-5(d)(1)(A) — to establish that all of the designated material is sealable. Civ. L. R. 79-5(e).

Dated: January 27, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE