IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOTECHNOLOGY VALUE FUND, L.P., BIOTECHNOLOGY VALUE FUND II, L.P., INVESTMENT 10, L.L.C., BVF INVESTMENTS, L.L.C.; BVF INC., and BVF X, LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>CELERA CORPORATION, CREDIT SUISSE SECURITIES (USA) LLC, KATHY ORDOÑEZ, RICHARD H. AYERS, WILLIAM G. GREEN, PETER BARTON HUTT, GAIL M. NAUGHTON, WAYNE I. ROE, and BENNETT M. SHAPIRO,<br><br>    Defendants.<br>                                       / | No. C 13-03248 WHA<br><br>**ORDER RE PRODUCTION OF ELECTRONICALLY STORED INFORMATION AND HARD COPY DOCUMENTS** |

The undersigned judge has received the parties' stipulation regarding the production of electronically stored information and hard copy documents (Dkt. No. 147). No proposed order, however, was attached thereto. Accordingly, please file the proposed order for this stipulation by **5 PM ON MAY 9, 2014**.

**IT IS SO ORDERED.**

Dated: May 5, 2014.

                                                        WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE