United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BIOTECHNOLOGY ET AL,

    Plaintiff(s),

  v.

CELERA CORP ET AL,

    Defendant(s).
_____/

No. C-13-03248 WHA (DMR)

**ORDER VACATING SETTLEMENT CONFERENCE**

The court has reviewed the parties' September 4, 2014 letter. [Docket No. 162.] The letter indicates that the parties engaged in private mediation in July 2014, and continue to work with that mediator. In light of that representation, the court grants the parties' request to vacate the September 15, 2014 settlement conference. The parties shall file a joint update by **December 1, 2014** indicating the status (but not the content) of the mediation so that the court can evaluate whether to schedule a further settlement conference.

IT IS SO ORDERED.

Dated: September 8, 2014

DONNA M. RYU
United States Magistrate Judge