**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOTECHNOLOGY VALUE FUND, L.P., BIOTECHNOLOGY VALUE FUND II, L.P., INVESTMENT 10, L.L.C., BVF INVESTMENTS, L.L.C.; BVF INC., and BVF X, LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>CELERA CORPORATION, CREDIT SUISSE SECURITIES (USA) LLC, KATHY ORDOÑEZ, RICHARD H. AYERS, WILLIAM G. GREEN, PETER BARTON HUTT, GAIL M. NAUGHTON, WAYNE I. ROE, and BENNETT M. SHAPIRO,<br><br>    Defendants.<br>                                                       / | No. C 13-03248 WHA<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON NON-PARTY PHARMACYCLICS INC.'S MOTION TO QUASH** |

Pursuant to the order dated September 11, 2014, non-party Pharmacyclics Inc. has filed a motion to quash plaintiffs' subpoena for certain drug valuation documents. However, given that the discovery cut-off is October 21, 2014, this order hereby schedules the following briefing deadlines and hearing date:

- If plaintiff wishes to respond to Pharmacyclics' motion to quash, please do so by **4 PM ON SEPTEMBER 19, 2014**. Please limit the response to no more than **TEN PAGES**.

- Any reply thereto is due by **4 PM ON SEPTEMBER 22, 2014**. Please limit any reply to **FIVE PAGES**.

- Hearing on the motion to quash is set for **8 AM ON SEPTEMBER 24, 2014**.

**IT IS SO ORDERED.**

Dated: September 16, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2