UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BIOTECHNOLOGY VALUE FUND, L.P.; BIOTECHNOLOGY VALUE FUND II, L.P.; INVESTMENT 10, L.L.C.; BVF INVESTMENTS, L.L.C.; BVF INC.; and BVF X, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CELERA CORPORATION; CREDIT SUISSE SECURITIES (USA) LLC; KATHY ORDOÑEZ; RICHARD H. AYERS; WILLIAM G. GREEN; PETER BARTON HUTT; GAIL M. NAUGHTON; WAYNE I. ROE; and BENNETT M. SHAPIRO,<br><br>Defendants. | CASE NO.: CV-13-3248-WHA<br><br>[PROPOSED] ORDER DENYING MOTION TO QUASH SUBPOENA AND GRANTING MOTION FOR A PROTECTIVE ORDER |

[PROPOSED] ORDER
CASE NO.: CV-13-3248-WHA

1   Having considered non-party Pharmacyclics, Inc.'s ("Pharmacyclics") Motion to Quash
2   Plaintiffs' Subpoena In Part, Or In The Alternative, For A Protective Order ("Motion") (ECF No.
3   169), the papers submitted, and the argument of counsel, it is hereby **ORDERED** that:

4   The Court **DENIES** Pharmacyclics' Motion to Quash Subpoena and **GRANTS** its Motion
5   for A Protective Order.   Pharmacyclics shall produce all non-privileged documents responsive to
6   Plaintiffs' request for Valuation Documents, as defined in Plaintiffs' letter dated September 10,
7   2014 (ECF No. 165) and Pharmacyclics' Motion, by **12PM** on **Monday, September 29, 2014**.

8   The Valuation Documents will be produced only to retained litigation counsel of record for
9   the parties in this case ("Outside Counsel"), under a designation of "OUTSIDE COUNSEL ONLY
10  BY COURT ORDER."  In the event Outside Counsel seeks to disclose a document designated
11  "OUTSIDE COUNSEL ONLY BY COURT ORDER" to an expert, client, or any other outside
12  party, Outside Counsel must provide notice to Pharmacyclics and if Pharmacyclics objects to such
13  disclosure, Outside Counsel must seek leave to make such a disclosure from the Court by filing a
14  noticed motion.  Upon filing of such a motion, the Court will also consider a request for an
15  expedited briefing schedule on any such motion.

17  **It Is So Ordered**

19  Dated:  September 25    , 2014.

    The Honorable William H. Alsup
    United States District Judge

[PROPOSED] ORDER                     -1-
CASE NO.: CV-13-3248-WHA