**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOTECHNOLOGY VALUE FUND, L.P., BIOTECHNOLOGY VALUE FUND H, L.P., INVESTMENT 10, L.L.C., BVF INVESTMENTS, L.L.C., BVF INC., and BVF X, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CELERA CORPORATION, QUEST DIAGNOSTICS INCORPORATED, CREDIT SUISSE SECURITIES (USA), LLC, KATHY ORDONEZ, RICHARD H. AYERS, JEAN-LUC BELINGARD, WILLIAM G. GREEN, PETER BARTON HUTT, GAIL M. NAUGHTON, WAYNE I. ROE, and BENNETT M. SHAPIRO,<br><br>Defendants. | No. C 13-03248 WHA<br><br>**ORDER SETTING HEARING ON DISCOVERY DISPUTES** |

Per the discovery disputes outline in Docket Nos. 184 and 185, the Court **SETS** a four-and-one-half-hour meet-and-confer in the Court's jury room on the 19th floor of the federal courthouse, starting at **7:00 A.M. AND CONTINUING TO 11:30 A.M. ON THURSDAY, NOVEMBER 6, 2014**. At 11:30 a.m., the Court shall hold a hearing to resolve any remaining issue(s). Oppositions are due by noon on November 4. There will be no replies. Please buzz chambers at 7:00 a.m. on November 6 to be let into the jury room. **THE PARTIES ARE REQUESTED TO BRING ANY AND ALL PRIVILEGE LOGS AS WELL AS THE DOCUMENTS IN DISPUTE.**

Please note that only those lawyers who participate in the meet-and-confer in the Court's jury room may argue at the hearing.

**IT IS SO ORDERED.**

Dated: October 30, 2014. 
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2