Neil A. Goteiner (State Bar No. 083524)
ngoteiner@fbm.com
C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
Karen P. Kimmey (State Bar No. 173284)
kkimmey@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Stephen D. Hibbard (State Bar No. 177865)
SHEARMAN & STERLING LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111-5994
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
shibbard@shearman.com

Brian H. Polovoy (admitted *pro hac vice*)
Joanna Shally (admitted *pro hac vice*)
Andrew Z. Lipson (admitted *pro hac vice*)
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-6069
Facsimile: (212) 848-7179
Email: bpolovoy@shearman.com

Attorneys for Defendants Celera Corporation, Kathy Ordoñez, Richard H. Ayers, William G. Green, Peter Barton Hutt, Gail K. Naughton, Wayne I. Roe, and Bennett M. Shapiro

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BIOTECHNOLOGY VALUE FUND, L.P.; BIOTECHNOLOGY VALUE FUND II, L.P.; INVESTMENT 10, L.L.C.; BVF INVESTMENTS, L.L.C.; BVF INC.; and BVF X, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>CELERA CORPORATION; CREDIT SUISSE SECURITIES (USA) LLC; KATHY ORDOÑEZ; RICHARD H. AYERS; WILLIAM G. GREEN; PETER BARTON HUTT; GAIL K. NAUGHTON; WAYNE I. ROE; and BENNETT M. SHAPIRO,<br><br>Defendants. | Case No. CV-13-3248-WHA-DMR<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING HEARING DATE FOR SUMMARY JUDGMENT** |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER MODIFYING HEARING DATE FOR SUMMARY JUDGMENT
Case No. CV-13-3248-WHA

30738\4643778.1

In accordance with Civil Local Rules 6-1 and 6-2, the parties – consisting of Plaintiffs Biotechnology Value Fund, L.P., Biotechnology Value Fund II, L.P., Investment 10, L.L.C., BVF Investments, L.L.C., BVF Inc., and BVF X, LLC (collectively, "Plaintiffs") and Defendants Celera Corporation, Kathy Ordoñez, Richard H. Ayers, William G. Green, Peter Barton Hutt, Gail K. Naughton, Wayne I. Roe, and Bennett M. Shapiro (collectively, "Celera Defendants") – respectfully submit this Stipulation, with the accompanying Proposed Order, allowing the Celera Defendants' anticipated motion for summary judgment to be heard on January 8, 2015, as January 1, 2015 is a federal and court holiday.

**WHEREAS:**

1. On November 1, 2013, the Court entered a Case Management Order ("First Order") that set the last day to file dispositive motions as November 6, 2014 and further stated: "No dispositive motions shall be heard more than 35 days after this deadline, i.e., if any party waits until the last day to file, then the parties must adhere to the 35-day track in order to avoid pressure on the trial date." (Docket No. 59 at ¶ 9.)

2. On August 12, 2014, at Plaintiffs' request, the Court entered a Second Case Management Order ("Second Order"), which extended the case management deadlines by adding an additional three weeks, and in relevant part, reset the last day to file dispositive motions as November 27, 2014. (Docket No. 158.) The Court further set the pretrial conference for February 4, 2015 at 2:00 P.M. and set trial to begin on February 17, 2015 at 7:30 A.M. The Second Order does not specifically refer to the timing of any hearing on the motion for summary judgment.

3. Defendants intend to file their motion for summary judgment within the deadline set in the case management order. The Celera Defendants anticipate filing their motion for summary judgment prior to November 27, 2014. (Because November 27 is a federal holiday, the Celera Defendants anticipate filing their motion by November 26, 2014.) A problem arises, however, because the first hearing date 35 days after filing is January 1, 2015, which is another federal and court holiday. Filing the anticipated summary judgment motion earlier than the court-ordered deadline also would not solve this problem because, even if the parties were to file a

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER MODIFYING
HEARING DATE FOR SUMMARY JUDGMENT
Case No. CV-13-3248-WHA

- 2 -

30738\4643778.1

1  week earlier on November 20, 2014, the first available hearing date would be December 25, 2014
2  – another federal holiday.[1]

3      4.    The parties, therefore, jointly request that the motion for summary judgment be
4  heard at the Court's civil law and motion calendar on **Thursday, January 8, 2015 at 8:00 A.M.**
5  The parties would also be available any other day during the week of January 5, 2015 if the Court
6  were inclined to specially set the hearing. While the Celera Defendants could attend a hearing on
7  the motion were the Court to set it on Wednesday, December 31, 2014 – which is exactly 35 days
8  after the Celera Defendants expect to file their motion for summary judgment – the Plaintiffs are
9  not available for argument on that date as the partner in charge of the litigation (Joy A. Kruse)
10 and the client (Mark Lampert) are unavailable.

11     5.    The parties do not anticipate that this requested modification will have an effect on
12 the schedule as this modification would not interfere with the final pretrial conference, which is
13 set for February 4, 2015.

14     6.    All other previous time modifications in the case, whether by stipulation or
15 proposed order, are reflected in the Court's November 1, 2013 First Order (Docket No. 59),
16 August 12, 2014 Second Order (Docket No. 158), and Orders granting and denying requests by
17 the parties to extend briefing with respect to the Fall 2013 motion to dismiss. (*See* Docket Nos.
18 31, 55, 58, and 67.)

19     7.    <u>Accordingly, the parties hereby stipulate, subject to the Court's approval, that the
20 Celera Defendants may set the hearing on their anticipated motion for summary judgment on
21 **January 8, 2015 at 8:00 A.M.**</u>

23 **ATTESTATION:** Pursuant to General Order 45, Part X-B, the filer attests that concurrence in
24 the filing of this document has been obtained from each of the signatories.

---

[1] Filing on November 20, 2014 would not be realistic in any event because Plaintiffs' expert reply reports were served on November 12, 2014 and the final expert deposition will occur on November 25, 2014.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER MODIFYING
HEARING DATE FOR SUMMARY JUDGMENT
Case No. CV-13-3248-WHA

- 3 -

30738\4643778.1

Dated: November 13, 2014

By: /s/ Karen P. Kimmey
Karen P. Kimmey

FARELLA BRAUN + MARTEL LLP

Attorneys for Defendants Celera Corporation, Kathy Ordoñez, Richard H. Ayers, William G. Green, Peter Barton Hutt, Gail K. Naughton, Wayne I. Roe, and Bennett M. Shapiro

Dated: November 13, 2014

By: /s/ Joy A. Kruse
Joy A. Kruse

Richard M. Heimann (Cal. Bar No. 063607)
Joy A. Kruse (Cal. Bar No. 142799)
Bruce W. Leppla (Cal. Bar No. 071649)
Marc A. Pilotin (Cal. Bar No. 266369)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: rheimann@lchb.com
jakruse@lchb.com
bleppla@lchb.com
mpilotin@lchb.com

Michael J. Miarmi (admitted pro hac vice)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
Email: mmiarmi@lchb.com Attorneys for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: November 18, 2014

_____
William Alsup
United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER MODIFYING HEARING DATE FOR SUMMARY JUDGMENT
Case No. CV-13-3248-WHA

- 4 -

30738\4643778.1