IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOTECHNOLOGY VALUE FUND, L.P., BIOTECHNOLOGY VALUE FUND II, L.P., INVESTMENT 10, L.L.C., BVF INVESTMENTS, L.L.C.; BVF INC., and BVF X, LLC,<br><br>          Plaintiffs,<br><br>  v.<br><br>CELERA CORPORATION, CREDIT SUISSE SECURITIES (USA) LLC, KATHY ORDOÑEZ, RICHARD H. AYERS, WILLIAM G. GREEN, PETER BARTON HUTT, GAIL M. NAUGHTON, WAYNE I. ROE, and BENNETT M. SHAPIRO,<br><br>          Defendants. | No. C 13-03248 WHA<br><br>**ORDER RE ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. NO. 211)** |

Plaintiffs move to seal certain parts of their motion to exclude portions of the Hasler and Stowell expert reports and the entirety of exhibits A, B, F, and G to the declaration of Marc Pilotin (Dkt. No. 211). These include documents that defendants Celera and Credit Suisse had marked confidential. Plaintiffs filed this administrative motion pursuant to paragraph 12.3 of the amended stipulated protective order (Dkt. No. 166). The Celera defendants responded that they no longer assert their own confidentiality designation over the documents at issue in this motion (Dkt. No. 215). Credit Suisse responded that it also withdraws its confidentiality designation of

the documents at issue (Dkt. No. 216).  The request to seal portions of the Hasler and Stowell expert reports and exhibits A, B, F, and G to the declaration of Marc Pilotin is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 15, 2014. 

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE