Neil A. Goteiner (State Bar No. 083524)
ngoteiner@fbm.com
C. Brandon Wisoff (State Bar No. 121930)
bwisoff@fbm.com
Karen P. Kimmey (State Bar No. 173284)
kkimmey@fbm.com
Christoffer Lee (State Bar. No. 280360)
clee@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendants Celera Corporation, Kathy
Ordoñez, Richard H. Ayers, William G. Green, Peter
Barton Hutt, Gail K. Naughton, Wayne I. Roe, and
Bennett M. Shapiro

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| BIOTECHNOLOGY VALUE FUND, L.P.; BIOTECHNOLOGY VALUE FUND II, L.P.; INVESTMENT 10, L.L.C.; BVF INVESTMENTS, L.L.C.; BVF INC.; and BVF X, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>CELERA CORPORATION; CREDIT SUISSE SECURITIES (USA) LLC; KATHY ORDOÑEZ; RICHARD H. AYERS; WILLIAM G. GREEN; PETER BARTON HUTT; GAIL K. NAUGHTON; WAYNE I. ROE; and BENNETT M. SHAPIRO,<br><br>Defendants. | Case No.  CV-13-3248-WHA-DMR<br><br>**STIPULATION AND [PROPOSED] ORDER SHORTENING TIME ON DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF PLAINTIFFS' DAMAGES EXPERT ADAM WERNER** |

In accordance with Civil Local Rules 6-1 and 6-2, the parties – consisting of Plaintiffs

Biotechnology Value Fund, L.P., Biotechnology Value Fund II, L.P., Investment 10, L.L.C.,

STIPULATION AND [PROPOSED] ORDER SHORTENING TIME ON DEFS.' MOTION TO
EXCLUDE OPINIONS OF PLAINTIFFS' DAMAGES EXPERT ADAM WERNER
Case No. CV-13-3248-WHA

30738\4678116.1

1  BVF Investments, L.L.C., BVF Inc., and BVF X, LLC (collectively, "Plaintiffs") and Defendants

2  Celera Corporation, Kathy Ordoñez, Richard H. Ayers, William G. Green, Peter Barton Hutt,

3  Gail K. Naughton, Wayne I. Roe, and Bennett M. Shapiro (collectively, "Defendants") –

4  respectfully submit this Stipulation, with the accompanying Proposed Order, allowing

5  Defendants' Motion to Exclude the Opinions of Plaintiffs' Damages Expert Adam Werner (the

6  "Motion") to be heard on 34 day's notice – i.e. January 15, 2015 (as if the Motion had been filed

7  and noticed yesterday).

8  **WHEREAS:**

9  1.  On December 11, 2014, a storm deluged San Francisco and knocked out power to

10  much of downtown San Francisco, including the Russ Building at 235 Montgomery Street.  The

11  offices of Defendants' Counsel, Farella Braun + Martel LLP ("Farella"), were without power for

12  much of the business day and employees were not allowed to enter the building while it was

13  without power.

14  2.  Counsel for Defendants intended to file the Motion on December 11, 2014, but we

15  could not access and generate our documents for filing as the power outage shut down Farella's

16  computer and email systems.  Counsel for Defendants also received an email message from Clerk

17  of the Court Richard Wieking notifying us that the San Francisco division of the U.S. District

18  Court for the Northern District of California also closed due to a major power outage.

19  3.  On December 12, 2014, Christoffer Lee, counsel for Defendants, contacted Marc

20  Pilotin, counsel for Plaintiffs, and requested a stipulation to have the Motion heard on shortened

21  time – 34 days' notice instead of 35 – provided that shortening time would not prejudice Plaintiffs

22  or the Court.  (*See* Lee Decl. ¶ 3.)  Accordingly, Defendants agree to reduce by one day the time

23  in which to reply to Plaintiffs' anticipated opposition to the Motion.  By taking one day out of

24  Defendants' reply time, both Plaintiffs and the Court would have the same amount of time to

25  review as if the Motion were filed yesterday.

26  4.  The parties, therefore, jointly request that the Motion be heard at the Court's civil

27  law and motion calendar on **Thursday, January 15, 2015 at 8:00 A.M.**  The parties stipulate that

28  Plaintiffs' opposition would be due on December 26, 2014, and that Defendants' reply would be

1  served and filed on January 1, 2015.  As January 1, 2015 is a Court holiday, it would be deemed
2  filed on January 2, 2015.

3      5.    The parties do not anticipate that this requested modification will have an effect on
4  the schedule as this modification would not interfere with the final pretrial conference, which is
5  set for February 4, 2015.

6      6.    All other previous time modifications in the case, whether by stipulation or
7  proposed order, are reflected in the Court's November 1, 2013 First Order (Docket No. 59),
8  August 12, 2014 Second Order (Docket No. 158), and Orders granting and denying requests by
9  the parties to extend briefing with respect to the Fall 2013 motion to dismiss.  (*See* Docket Nos.
10 31, 55, 58, and 67.)  Additionally, on November 18, 2014, pursuant to the stipulation of the
11 parties, the Court permitted Defendants' motion for summary judgment to be heard on January 8,
12 2015 in light of the interaction between the Court's scheduling orders and the Court's closure on
13 December 25, 2014 and January 1, 2015.  (*See* Stipulation and Order Modifying Hearing Date for
14 Summary Judgment (Docket No. 195).)

15     7.    A settlement conference is set for January 6, 2015 before Magistrate Judge Ryu.
16 (*See* Docket No. 218.)

17     8.    <u>Accordingly, the parties hereby stipulate, subject to the Court's approval, that
18 Defendants may set their hearing on the Motion to Exclude the Opinions of Plaintiffs' Damages
19 Expert Adam Werner on **January 15, 2015 at 8:00 A.M.**, with Plaintiffs' opposition due
20 December 26, 2014 and Defendants' reply due January 1, 2015.</u>

21

22 **ATTESTATION:** Pursuant to General Order 45, Part X-B, the filer attests that concurrence in
23 the filing of this document has been obtained from each of the signatories.

24
25
26
27
28

Dated: December 12, 2014

By: /s/ C. Brandon Wisoff
C. Brandon Wisoff

FARELLA BRAUN + MARTEL LLP

Attorneys for Defendants Celera Corporation, Kathy Ordoñez, Richard H. Ayers, William G. Green, Peter Barton Hutt, Gail K. Naughton, Wayne I. Roe, and Bennett M. Shapiro

Dated: December 12, 2014

By: Marc A. Pilotin
Marc A. Pilotin

Richard M. Heimann (Cal. Bar No. 063607)
Joy A. Kruse (Cal. Bar No. 142799)
Bruce W. Leppla (Cal. Bar No. 071649)
Marc A. Pilotin (Cal. Bar No. 266369)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: rheimann@lchb.com
jakruse@lchb.com
bleppla@lchb.com
mpilotin@lchb.com

Michael J. Miarmi (admitted pro hac vice)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
Email: mmiarmi@lchb.com
Attorneys for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   December 15, 2014

William Alsup
United States District Judge