IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BIOTECHNOLOGY VALUE FUND, L.P., BIOTECHNOLOGY VALUE FUND II, L.P., INVESTMENT 10, L.L.C., BVF INVESTMENTS, L.L.C.; BVF INC., and BVF X, LLC,

    Plaintiffs,

  v.

CELERA CORPORATION, CREDIT SUISSE SECURITIES (USA) LLC, KATHY ORDOÑEZ, RICHARD H. AYERS, WILLIAM G. GREEN, PETER BARTON HUTT, GAIL M. NAUGHTON, WAYNE I. ROE, and BENNETT M. SHAPIRO,

    Defendants.

No. C 13-03248 WHA

**ORDER RE ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. NO. 226)**

Defendants move to seal the entirety of Exhibits 2 and 3 to the Declaration of Brandon Wisoff. These include documents that former defendant Credit Suisse had marked confidential. Plaintiffs filed this administrative motion pursuant to paragraph 12.3 of the amended stipulated protective order (Dkt. No. 166). Credit Suisse responded that it no longer asserts its own confidentiality designation over the documents at issue in this motion (Dkt. No. 236). The request to seal Exhibits 2 and 3 to the Declaration of Brandon Wisoff is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 18, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE