IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOTECHNOLOGY VALUE FUND, L.P., BIOTECHNOLOGY VALUE FUND II, L.P., INVESTMENT 10, L.L.C., BVF INVESTMENTS, L.L.C.; BVF INC., and BVF X, LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>CELERA CORPORATION, CREDIT SUISSE SECURITIES (USA) LLC, KATHY ORDOÑEZ, RICHARD H. AYERS, WILLIAM G. GREEN, PETER BARTON HUTT, GAIL M. NAUGHTON, WAYNE I. ROE, and BENNETT M. SHAPIRO,<br><br>    Defendants.<br>                                                          / | No. C 13-03248 WHA<br><br>**NOTICE RE TRIAL DATE** |

The Court would like to put counsel on notice that the February 17, 2015, trial date will likely be moved up to **FEBRUARY 9, 2015**, in order to accommodate a criminal trial. Counsel and witnesses should plan accordingly.

Dated: December 24, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE