# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL CONFERENCE MINUTE ORDER

| **Date:** 1/6/15 | **Time:** 7.0 Hours | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.**: 13-cv-03248-WHA | **Case Name:** Biotechnology Value Fund, L.P., et al v. Celera Corporation, et al | |

**Attorney for Plaintiffs:** William Bernstein; Joy Kruse; Brendan Glackin; and Marc Pilotin
**Attorney for Defendants:** Neil Goteiner; Brandon Wisoff; John Green; and Stephen Hibbard
**For Zurich Insurance:** E. Joseph O'Neil and Melissa Weinberg
**ForACE Insurance:** John Varley
**For Travelers Insurance:** Robert Benjamin and Robert Plunkett

**Deputy Clerk:** Ivy Lerma Garcia                **FTR:** Not Recorded

## PROCEEDINGS

Settlement Conference held.

**Results:**   Judge Ryu will convene a further in-person settlement conference between Defendants and their insurers on January 13, 2015 at 10:30 a.m.  Travelers Insurance representatives may appear telephonically, but must be available for the entire duration of the settlement proceedings.

cc: Chambers; Dawn Toland