IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BIOTECHNOLOGY VALUE FUND, L.P., BIOTECHNOLOGY VALUE FUND II, L.P., INVESTMENT 10, L.L.C., BVF INVESTMENTS, L.L.C.; BVF INC., and BVF X, LLC,

    Plaintiffs,

  v.

CELERA CORPORATION, CREDIT SUISSE SECURITIES (USA) LLC, KATHY ORDOÑEZ, RICHARD H. AYERS, WILLIAM G. GREEN, PETER BARTON HUTT, GAIL M. NAUGHTON, WAYNE I. ROE, and BENNETT M. SHAPIRO,

    Defendants.

No. C 13-03248 WHA

**REQUEST FOR ADDITIONAL BRIEFING**

Both parties are requested to respond to the following questions in **FIVE PAGES OR LESS BY 6:00 A.M. ON JANUARY 13, 2015.**

Does the summary judgment record show the percentage of shareholders who voted for the sale? Was a simple majority all that was required?

Did plaintiffs vote against the sale? Does the summary judgment record show this?

What difference should appraisal rights make?

What is plaintiffs' proof in the summary judgment record that had the corrected information been revealed, a sufficient number of yes-vote stockholders would have changed their votes to no to defeat the deal?

Dated: January 12, 2015.

                         WILLIAM ALSUP
                         UNITED STATES DISTRICT JUDGE