IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIOTECHNOLOGY VALUE FUND, L.P., BIOTECHNOLOGY VALUE FUND II, L.P., INVESTMENT 10, L.L.C., BVF INVESTMENTS, L.L.C.; BVF INC., and BVF X, LLC,<br><br>  Plaintiffs,<br><br>  v.<br><br>CELERA CORPORATION, CREDIT SUISSE SECURITIES (USA) LLC, KATHY ORDOÑEZ, RICHARD H. AYERS, WILLIAM G. GREEN, PETER BARTON HUTT, GAIL M. NAUGHTON, WAYNE I. ROE, and BENNETT M. SHAPIRO,<br><br>  Defendants. | No. C 13-03248 WHA<br><br>**ORDER RE BRIEFING DEADLINE** |

In light of defendants' settlement conference, the deadline for the briefing (set forth in Dkt. No. 268), shall be extended to **FIVE P.M. TODAY**.

Dated: January 13, 2015

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE