United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BIOTECHNOLOGY VALUE FUND, L.P., BIOTECHNOLOGY VALUE FUND II, L.P., INVESTMENT 10, L.L.C., BVF INVESTMENTS, L.L.C.; BVF INC., and BVF X, LLC,

    Plaintiffs,

    v.

CELERA CORPORATION, CREDIT SUISSE SECURITIES (USA) LLC, KATHY ORDOÑEZ, RICHARD H. AYERS, WILLIAM G. GREEN, PETER BARTON HUTT, GAIL M. NAUGHTON, WAYNE I. ROE, and BENNETT M. SHAPIRO,

    Defendants.

No. C 13-03248 WHA

**ORDER RE BRIEFING DEADLINE**

In light of defendants' settlement conference, the deadline for the briefing (set forth in Dkt. No. 268), shall be extended to **NINE A.M. TOMORROW**.

Dated: January 13, 2015

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE