1   Richard M. Heimann (Cal. Bar No. 063607)
    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
2   275 Battery Street, 29th Floor
    San Francisco, CA 94111-3339
3   Telephone: (415) 956-1000
    Facsimile: (415) 956-1008
4   Email: rheimann@lchb.com

5   *Attorneys for Plaintiffs Biotechnology Value Fund, L.P.;
    Biotechnology Value Fund II, L.P.; Investment 10, L.L.C.;*
6   *BVF Investments, L.L.C.; BVF Inc.; and BVF X, LLC*

7   Stephen D. Hibbard (State Bar No. 177865)
    SHEARMAN & STERLING LLP
8   Four Embarcadero Center, Suite 3800
    San Francisco, CA 94111-5994
9   Telephone: 415.616.1100
    Facsimile: 415.616.1199
10  Email: shibbard@shearman.com

11  *Attorneys for Defendants Celera Corporation, Kathy
    Ordoñez, Richard H. Ayers, William G. Green, Peter*
12  *Barton Hutt, Gail K. Naughton, Wayne I. Roe, and Bennett
    M. Shapiro*
13
    [other counsel identified on signature page]
14

15                  **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
16                       **SAN FRANCISCO DIVISION**

17  | BIOTECHNOLOGY VALUE FUND, | Case No. CV-13-3248-WHA-DMR |
    | L.P.; BIOTECHNOLOGY VALUE FUND | |
18  | II, L.P.; INVESTMENT 10, L.L.C.; | **STIPULATION AND [PROPOSED]** |
    | BVF INVESTMENTS, L.L.C.; BVF INC.; | **ORDER OF DISMISSAL** |
19  | and BVF X, LLC, | |
    | | |
20  | Plaintiffs, | |
    | | |
21  | v. | |
    | | |
22  | CELERA CORPORATION; CREDIT | |
    | SUISSE SECURITIES (USA) LLC; | |
23  | KATHY ORDOÑEZ; RICHARD H. | |
    | AYERS; WILLIAM G. GREEN; PETER | |
24  | BARTON HUTT; GAIL M. NAUGHTON; | |
    | WAYNE I. ROE; and BENNETT M. | |
25  | SHAPIRO, | |
    | | |
26  | Defendants. | |

27
28

1      WHEREAS, Plaintiffs Biotechnology Value Fund, L.P., Biotechnology Value Fund II,
2  L.P., Investment 10, L.L.C., BVF Investments, L.L.C., BVF Inc., and BVF X, LLC, and
3  Defendants Celera Corporation, Kathy Ordoñez, Richard H. Ayers, William G. Green, Peter
4  Barton Hutt, Gail M. Naughton, Wayne I. Roe, and Bennett M. Shapiro (collectively, "Celera
5  Defendants") (Plaintiffs and the Celera Defendants collectively referred to as the "Settling
6  Parties") have reached a settlement in connection with the above-captioned action (the "Action");
7  and
8      WHEREAS, the Settling Parties have stipulated to the voluntary dismissal pursuant to
9  Fed. R. Civ. P. 41(a)(2) of all claims as against the Celera Defendants with prejudice and without
10  costs;
11     WHEREAS, Plaintiffs' claims against the only other defendant, Credit Suisse Securities
12  (USA) LLC were dismissed on the merits, with prejudice, and without costs by Order dated
13  September 22, 2014 (ECF No. 176), and the dismissal of Plaintiffs' claims against the Celera
14  Defendants will fully and finally resolve the Action;
15     For good cause shown, and upon due consideration of the Settling Parties' Stipulation;
16     IT IS ORDERED, ADJUDGED AND DECREED THAT:
17     1.   Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Second Amended
18  Complaint in this Action, served on or about March 14, 2014, and all claims contained therein, is
19  hereby dismissed on the merits, with prejudice and without costs as against each of the Celera
20  Defendants.
21     2.   Each Settling Party shall bear its own costs and expenses, including any and all
22  legal and expert fees, incurred in connection with this Action.
23     3.   Final judgment is hereby entered pursuant to Federal Rule of Civil Procedure 54
24  dismissing the Action with prejudice and without costs.
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated: January 15, 2015 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 2 | | By:   /s/    *Joy A. Kruse* |
| | | Joy A. Kruse |

Richard M. Heimann (Cal. Bar No. 63607)
William Bernstein (Cal. Bar No. 65200)
Joy A. Kruse (Cal. Bar No. 142799)
Brendan P. Glackin (State Bar No. 199643)
Bruce W. Leppla (Cal. Bar No. 071642)
Marc A. Pilotin (Cal. Bar No. 266369)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
Email: rheimann@lchb.com
            jakruse@lchb.com
            bglackin@lchb.com
            bleppla@lchb.com
            mpilotin@lchb.com

Michael J. Miarmi (admitted *pro hac vice*)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
Email: mmiarmi@lchb.com

*Attorneys for Plaintiffs Biotechnology Value Fund, L.P.; Biotechnology Value Fund II, L.P.; Investment 10, L.L.C.; BVF Investments, L.L.C.; BVF Inc.; and BVF X, LLC*

| | | |
|---|---|---|
| 1 | Dated: January 15, 2015 | SHEARMAN & STERLING LLP |
| 2 | | By: ___/s/___ _Stephen D. Hibbard____ |
| | | Stephen D. Hibbard |

Stephen D. Hibbard (Cal. Bar No. 177865)
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111-5994
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Email: shibbard@shearman.com

Brian H. Polovoy (admitted pro hac vice)
Joanna Shally (admitted pro hac vice)
Andrew Z. Lipson (admitted pro hac vice)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Email: bpolovoy@shearman.com

Neil A. Goteiner
C. Brandon Wisoff
Karen P. Kimmey
Morgan T. Jackson
Christoffer Lee

FARELLA, BRAUN & MARTEL, LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
ngoteiner@fbm.com
bwisoff@fbm.com
kkimmey@fbm.com
mjackson@fbm.com
clee@fbm.com

*Attorneys for Defendants Celera Corporation, Kathy Ordoñez, Richard H. Ayers, William G. Green, Peter Barton Hutt, Gail K. Naughton, Wayne I. Roe, and Bennett M. Shapiro*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 16, 2015

_____
The Honorable William H. Alsup
United States District Judge